

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| GABRIEL MYRTHIL(A087 398-722) | CIVIL ACTION NO. 11-CV-0598"P" |
| VERSUS | JUDGE DOHERTY |
| WARDEN VIATOR, ET AL | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and with no objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the government's motion to dismiss [Rec. Doc. 10] be GRANTED, and **IT IS FURTHER ORDERED** that Myrthil's petition for writ of *habeas corpus* [Rec. Doc. 1] be DISMISSED WITHOUT PREJUDICE, as moot.

Lafayette, Louisiana, this 10th day of February, 2012.

Rebecca F. Doherty
United States District Judge